| | |
|---|---|
| 1 | Cam Ferenbach |
| | Nevada Bar No. 96 |
| 2 | Jennifer L. Braster |
| | Nevada Bar No. 9982 |
| 3 | LIONEL SAWYER & COLLINS |
| | 1700 Bank of America Plaza |
| 4 | 300 South Fourth Street |
| | Las Vegas, Nevada 89101 |
| 5 | (702) 383-8888 (Telephone) |
| | (702) 383-8845 (Fax) |
| 6 | |
| | Michael J. Lennon |
| 7 | Mark A. Hannemann |
| | Jeffrey S. Ginsberg |
| 8 | KENYON & KENYON LLP |
| | One Broadway |
| 9 | New York, NY 10004 |
| | (212) 425-7200 (Telephone) |
| 10 | |
| | *Attorneys for Robert Bosch LLC* |
| 11 | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT BOSCH LLC, | Case No.  2:10-cv-1924 |
| Plaintiff, | **COMPLAINT** |
| v. | [JURY TRIAL DEMANDED] |
| COREA AUTOPARTS PRODUCING CORPORATION, and CAP AMERICA, | |
| Defendants. | |

Plaintiff Robert Bosch LLC ("Bosch"), through its attorneys, for its complaint against Defendant Corea Autoparts Producing Corporation and Defendant CAP America (collectively, "Defendants"), avers as follows:

    1.    This action arises under the patent laws of the United States, Title 35 of the United States Code (for example, 35 U.S.C. §§ 271, 281, 283, 284, and 285) as hereinafter more fully appears.  This Court has jurisdiction over the subject matter of the action pursuant to 28 U.S.C. §§ 1331 and 1338.

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2. On April 29, 2003, United States Letters Patent No. 6,553,607 (attached as Exhibit A) were duly and legally issued for an invention in a wiper blade. Plaintiff is the owner of those Letters Patent.

3. Defendants have infringed and still are infringing those Letters Patent directly and indirectly by making, importing, offering for sale, using, and selling wiper blades embodying the patented invention, such as the CF4 and MA1 wiper blade products, and will continue to do so unless enjoined by this Court.

4. On January 13, 2004, United States Letters Patent No. 6,675,434 (attached as Exhibit B) were duly and legally issued for an invention in a wiper blade. Plaintiff is the owner of those Letters Patent.

5. Defendants have infringed and still are infringing those Letters Patent directly and indirectly by making, importing, offering for sale, using, and selling wiper blades embodying the patented invention, such as the CF4 and MA1 wiper blade products, and will continue to do so unless enjoined by this Court.

6. On January 4, 2005, United States Letters Patent No. 6,836,926 (attached as Exhibit C) were duly and legally issued for an invention in a wiper blade. Plaintiff is the owner of those Letters Patent.

7. Defendants have infringed and still are infringing those Letters Patent directly and indirectly by making, importing, offering for sale, using, and selling wiper blades embodying the patented invention, such as the CF4 and MA1 wiper blade products, and will continue to do so unless enjoined by this Court.

8. On September 20, 2005, United States Letters Patent No. 6,944,905 (attached as Exhibit D) were duly and legally issued for an invention in a wiper blade. Plaintiff is the owner of those Letters Patent.

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2

9. Defendants have infringed and still are infringing those Letters Patent directly and indirectly by making, importing, offering for sale, using, and selling wiper blades embodying the patented invention, such as the CF4 and MA1 wiper blade products, and will continue to do so unless enjoined by this Court.

10. On December 13, 2005, United States Letters Patent No. 6,973,698 (attached as Exhibit E) were duly and legally issued for an invention in a wiper blade.  Plaintiff is the owner of those Letters Patent.

11. Defendants have infringed and still are infringing those Letters Patent directly and indirectly by making, importing, offering for sale, using, and selling wiper blades embodying the patented invention, such as the CF4 and MA1 wiper blade products, and will continue to do so unless enjoined by this Court.

12. On November 13, 2007, United States Letters Patent No. 7,293,321 (attached as Exhibit F) were duly and legally issued for an invention in a wiper blade.  Plaintiff is the owner of those Letters Patent.

13. Defendants have infringed and still are infringing those Letters Patent directly and indirectly by making, importing, offering for sale, using, and selling wiper blades embodying the patented invention, such as the CF4 wiper blade products, and will continue to do so unless enjoined by this Court.

14. On April 28, 2009, United States Letters Patent No. 7,523,520 (attached as Exhibit G) were duly and legally issued for an invention in a wiper blade.  Plaintiff is the owner of those Letters Patent.

15. Defendants have infringed and still are infringing those Letters Patent directly and indirectly by making, importing, offering for sale, using, and selling wiper blades embodying the

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

3

patented invention, such as the CF4 wiper blade products, and will continue to do so unless enjoined by this Court.

16. Defendants' infringement has caused and will continue to cause damage and irreparable harm to Bosch until enjoined by this Court.

WHEREFORE, Plaintiff demands an injunction against continued infringement, an award of damages, an assessment of interest and costs against Defendants, and such other relief as the Court may find just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury.

LIONEL SAWYER & COLLINS

By: /s/Cam Ferenbach
Cam Ferenbach
Nevada Bar No. 96
Jennifer L. Braster
Nevada Bar No. 9982
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Michael J. Lennon
Mark A. Hannemann
Jeffrey S. Ginsberg
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200 (Telephone)

Attorneys for Robert Bosch, LLC

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

4